THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. ADAMS, et al.,<br><br>Defendants. | CASE NO. CR14-0181-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint stipulated motion to continue the trial date and the pretrial motions deadline. (Dkt. No. 36.) Mr. Adams, (Dkt No. 35), Mr. Black, (Dkt. No. 38), and Mr. Thompson, (Dkt. No. 37), have all filed waivers of their speedy trial rights. Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

Defendants have indicated that they require additional time to prepare for trial, and "explore issues of some complexity." (Dkt. No. 36 at 2.) Moreover, additional time to investigate and review discovery is necessary, as "[t]he case involves voluminous discovery involving at least 15 separate bank robberies involving multiple individuals, some of whom are not charged in federal court." (Dkt. No. 36 at 2.)

The Court finds that the interests of justice would be served in allowing the trial, as well

as the pretrial motions deadline, to be continued so as to allow counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice will be served by ordering a continuance in this case: a continuance is necessary to ensure adequate time for defense investigation and trial preparation. These due process considerations "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the trial date is CONTINUED from the original date of August 18, 2014, to November 17, 2014, at 9:30 a.m. Pretrial motions shall be filed on or before October 27, 2014.

The period of delay from the original trial date of August 18, 2014, to the new trial date of November 17, 2014, is excludable time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

DATED this 18th day of July 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2