THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BLACK,<br><br>　　　　　　Defendant. | CASE NO. CR14-0181-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 134) an exhibit to his supervised release violation memorandum (Dkt. No. 136).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g)(3); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, documents filed in support of a dispositive motion should remain under seal when a party can "articulate[] compelling reasons supported by specific factual findings" that outweigh the public's interest in access. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Defendant seeks to maintain under seal an exhibit to his supervised release violation memorandum because the exhibit concerns sensitive personal and medical information. (Dkt. No. 134.) Having reviewed the exhibit, the Court FINDS that Defendant's interest in keeping the information confidential outweighs the general public's interest in its disclosure. Therefore,

1 | Defendant's motion to seal (Dkt. No. 134) is GRANTED. The Clerk is DIRECTED to maintain
2 | Docket Number 136 under seal.
3 |     DATED this 18th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE