THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY BLACK,<br><br>        Defendant. | CASE NO. CR14-0181-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to accelerate his supervised release hearing (Dkt. No. 175). Defendant is currently in custody at the Federal Detention Center after allegedly violating the terms of his supervised release. (*Id.* at 1.) The Court has scheduled a supervised release hearing for August 11, 2020 (*Id.*) Defendant requests an acceleration of his supervised release hearing because the Governor of the State of Washington has issued an emergency proclamation and Chief Judge Ricardo S. Martinez of the Western District of Washington has issued General Order 09-20 regarding emergency hearings in light of the coronavirus pandemic. (Dkt. No. 176 at 1.) All parties have agreed to request credit for time served at the hearing. (*See* Dkt. No. 175 at 1.) Further, Defendant has waived his right to an in-person appearance in court and consents to proceed by telephonic conference. (*Id.*;

Dkt. No. 176 at 1–2.)

Having considered the motion and the relevant record and finding an accelerated, telephonic hearing appropriate, the Court hereby GRANTS the motion. The parties are ORDERED to appear telephonically for Defendant's supervised release hearing at 9:00 a.m. on July 14, 2020.

DATED this 2nd day of July 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk